## FORNEY LEAK V. THE STATE.

No. 9877.　Delivered December 16, 1925.

**Passing Forged Instrument—Escape of Appellant—Appeal Dismissed.**

It being made to appear by the affidavit of the sheriff of Red River County that pending his appeal appellant escaped from the county jail, and up to the present time has not been recaptured. Under Art. 824 of 1925, the jurisdiction of this court is ousted by reason of appellant's escape, and his appeal is dismissed.

Appeal from the District Court of Red River County. Tried below before the Hon. A. J. Williams, Judge.

Appeal from a conviction of passing a forged instrument, penalty three years in the penitentiary.

*Sturgeon & Wiygul* of Paris, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Appellant is under conviction for passing a forged instrument, his punishment having been assessed at confinement in the penitentiary for three years.

By affidavit of the sheriff of Red River County .it is made to appear that pending this appeal appellant was confined in the jail of Red River County from which he has escaped and up to the present time has not been recaptured. Under Article 824, 1925 Revision, the jurisdiction of this Court is ousted by reason of appellant's escape and the appeal is dismissed.

*Appeal dismissed.*